IN THE SUPREME COURT OF TEXAS

 No. 11-0197

 IN RE BEXAR COUNTY HOSPITAL DISTRICT D/B/A UNIVERSITY HEALTH SYSTEM

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed March 18, 2011, is
granted in part. The Order on Plaintiff's Third Motion to Compel, dated
January 21, 2011, in Cause No. 2009-CI-08562, styled Tomas Padilla v. Bexar
County Hospital District d/b/a University Health System, in the 224th
District Court of Bexar County, Texas, is stayed with regards to documents
Bates labeled CI001 through CI174, as is all discovery related to these
documents, pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 25, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk